IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

—————————————

No. 25-2487
(consolidated with No. 25-2461)

AMERICAN ALLIANCE FOR EQUAL RIGHTS,

Plaintiff

and

UNITED STATES OF AMERICA,

Intervening Plaintiff-Appellant

v.

STATE OF ILLINOIS, *et al.*,

Defendants-Appellees

—————————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
No. 1:25-cv-00669
The Honorable Judge Sharon Johnson Coleman

—————————————

UNITED STATES' UNOPPOSED MOTION
FOR A STAY OF BRIEFING SCHEDULE
IN LIGHT OF LAPSE OF APPROPRIATIONS

—————————————

The United States of America hereby moves pursuant to Federal Rule of

Appellate Procedure 27, for a stay of the Court's briefing schedule in the above-

captioned consolidated cases for the following reasons:

1.      On August 27, 2025, this Court consolidated the above-captioned cases and entered a briefing schedule.  The United States' opening brief is due October 6, 2025 (as is American Alliance for Equal Rights' opening brief in No. 25-2461).

2.      At the end of the day on September 30, 2025, appropriations to the Department of Justice (Department) lapsed.  The Department does not know when funding will be restored by Congress.

3.      Absent an appropriation, Department attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. 1342.

4.      Undersigned counsel for the Department therefore requests a stay of the Court's briefing schedule in the above-captioned consolidated cases until Congress has restored appropriations to the Department.  Entering an identical stay of the briefing schedule in both consolidated appeals is appropriate given the overlapping facts, issues, and procedural history of the consolidated appeals.

5.    If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations (*i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations).

6.    The undersigned has conferred with counsel for plaintiff American Alliance for Equal Rights and counsel for the defendants. Plaintiff American Alliance for Equal Rights consents to this request contingent on defendants' consent. Defendants do not object to this request.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the Court's briefing schedule in this case until Department attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

HARMEET K. DHILLON
  Assistant Attorney General

JESUS A. OSETE
  Principal Deputy Assistant Attorney
  General

<u>s/ David N. Goldman</u>
DAVID N. GOLDMAN
  Attorney
  Department of Justice
  Civil Rights Division
  Appellate Section
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C.  20044-4403
  (202) 616-9405

Date:  October 1, 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 341 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared in Century Schoolbook 14-point font using Microsoft Word for Microsoft 365.

s/ David N. Goldman
DAVID N. GOLDMAN
  Attorney

Date: October 1, 2025